UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. Case No. 96CR1503-B |
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |
| CARLOS MUNOZ ESTAVILLO, | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against CARLOS MUNOZ ESTAVILLO, be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: 10/7/2013

_____
HONORABLE MITCHELL D. DEMBIN
United States Magistrate Judge